COMMONWEALTH FOR E. C. SUBLETT, *v.* W. H. HUDSON.

Execution—Failure to Return—Insolvency of Debtor No Excuse—Penalty.

The fact that an execution debtor is insolvent, will absolve an officer from liability for the debt, but it cannot relieve him from the penalty for failure to return the execution.

APPEAL FROM ADAIR CIRCUIT COURT.

October 3, 1867.

OPINION OF THE COURT BY JUDGE ROBERTSON:

It sufficiently appears that the last execution was delivered to the appellee for official action, and that, though the enforcement of it was suspended by statute until the 1st of March succeeding the return day, yet there never was any return of it. And while the established insolvency of the Execution debtor absolved the officer from liability for the debt, it cannot relieve him from the penalty prescribed for failure to return the execution.

Wherefore the judgment exonerating the appellee altogether is reversed, and the cause remanded for a new trial.